IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GIOVANNI REID, | : | CIVIL ACTION |
|      Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| PHILA D.A.'S OFFICE, et al. | : | NO. 18-1645 |
|      Respondents. | : | |

## ORDER

AND NOW, this  *19th*  day of  *NOVEMBER* , 2018, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's Motion for Stay (ECF No. 6) is GRANTED.

3. The petition for writ of habeas corpus is STAYED and held in ABEYANCE while Petitioner litigates his direct appeal in the state courts.

4. Petitioner shall notify the District Court within thirty days of the conclusion of the state court proceedings. At that time, Petitioner shall provide a written status report detailing the conclusion of his state court proceedings, and include a copy of the relevant state court disposition. Petitioner shall inform the District Court whether the state court proceedings impacted his habeas petition in any way.

5. Should Petitioner wish to extend the stay while he litigates a PCRA petition in state court, he shall provide further justification that extending the stay is appropriate.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY,   J.